**Opinion issued November 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00763-CR

————————————

## IN RE LASANAH MASSAQUOI, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Lasanah Massaquoi seeks a writ of habeas corpus based on the trial court's

denial of his motion for new trial.* He also seeks a change of venue.

We dismiss this petition for lack of jurisdiction. *See* TEX. GOV'T CODE

§ 22.221(d) (appellate courts have jurisdiction to issue writ of habeas corpus only

---

\* The underlying case is *State of Texas v. Lasanah Massaquoi*, cause number 1515427, pending in the 178th District Court of Harris County, Texas, the Honorable David Mendoza, presiding.

when relator is imprisoned by virtue of order or judgment in civil case).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).